B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **4:13−bk−03432−BMW**
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   STEVEN JEREMY MERINO
   7028 E MALVERN PL
   TUCSON, AZ 85710

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8033

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                    BY THE COURT

Dated: 7/29/13                                      Brenda Moody Whinery
                                                    United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                             Case No. 13-03432-BMW
STEVEN JEREMY MERINO                                               Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0970-4          User: admin              Page 1 of 2         Date Rcvd: Jul 29, 2013
                              Form ID: b18             Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2013.
db           +STEVEN JEREMY MERINO,    7028 E MALVERN PL,    TUCSON, AZ 85710-4828
12128182     +CK Ventures, LLC,    PO Box 43228,    Phoenix, AZ 85080-3228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: FTANOWAK.COM Jul 30 2013 01:03:00      TRUDY A. NOWAK,   PMB #418,   4802 E. RAY RD., #23,
               PHOENIX, AZ  85044-6417
smg           EDI: AZDEPREV.COM Jul 30 2013 01:04:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
12340160      EDI: AIS.COM Jul 30 2013 01:03:00      American InfoSource LP as agent for,   Midland Funding LLC,
               PO Box 268941,    Oklahoma City, OK 73126-8941
12128173     +EDI: CAPITALONE.COM Jul 30 2013 01:03:00      Capital One,   PO BOX 30281,
               Salt Lake City, UT 84130-0281
12128181     +EDI: CCS.COM Jul 30 2013 01:04:00      Credit Collection Service,   PO BOX 9134,
               Needham, MA 02494-9134
12128174     +EDI: RCSFNBMARIN.COM Jul 30 2013 01:03:00      Credit One Bank,   PO BOX 98873,
               Las Vegas, NV 89193-8873
12128175     +E-mail/Text: electronicbkydocs@nelnet.net Jul 30 2013 03:07:58      Dept of Education/Nelnet,
               121 s. 13th st.,    Lincoln, NE 68508-1904
12128176     +EDI: RMSC.COM Jul 30 2013 01:03:00      GECRB/Credit Care,   C/O PO BOX 965036,
               Orlando, FL 32896-0001
12128177     +EDI: HFC.COM Jul 30 2013 01:03:00      HSBC Bank,   PO BOX 5253,   Carol Stream, IL 60197-5253
12128179     +EDI: MERRICKBANK.COM Jul 30 2013 01:04:00      Merrick Bank,   PO BOX 1500,
               Draper, UT 84020-1500
12128178     +EDI: MID8.COM Jul 30 2013 01:03:00      Midland Funding,   8875 Aero Dr Suite 200,
               San Diego, CA 92123-2255
12364909     +E-mail/Text: electronicbkydocs@nelnet.net Jul 30 2013 03:07:58
               Nelnet on behalf of US Dept of Education,    U.S. Dept of Education,
               3015 South Parker Road Suite 400,    Aurora CO 80014-2904
12128183     +EDI: PRA.COM Jul 30 2013 01:03:00      Portfolio Recovery Associates,
               130 Corporate Blvd Suite 100,    Norfolk, VA 23502-4952
12378311      EDI: Q3G.COM Jul 30 2013 01:03:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
12128180     +E-mail/Text: jopie@ranchothrift.com Jul 30 2013 03:20:52      Rancho Santa Fe,
               1001 W. San Marcos Blvd Suite 200,    San Marcos, CA 92078-4012
                                                                                             TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2013**                **Signature:** *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2013 at the address(es) listed below:
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0